UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Deutsche Bank National Trust Company,

                Plaintiff,                25-CV-03554 (KMK)

   -v-

                                             CALENDAR NOTICE

Robert F. Cirincione and Tanya Mammato,
et al.,

                Defendant(s).
--------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Monday, July 6, 2026 at 3:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: June 2, 2026
       White Plains, New York

                                So Ordered

                                _____
                                Kenneth M. Karas, U.S.D.J.